UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>          Petitioner,<br><br>   vs.<br><br>DERRAL ADAMS,<br><br>          Respondent. | 1:08-cv-00025-LJO-GSA-(HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **February 27, 2008**         **/s/ Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE